UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jon Alvin,

Plaintiff,

v.

Anthony DiIoia, in his individual capacity; James Frank, in both his individual and official capacities; and Washington County,

Defendants.

Court File No. 00-1510 (DSD/JMM)

**STIPULATION OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANS JAMES FRANK AND WASHINGTON COUNTY AND ORDER FOR JUDGMENT OF DISMISSAL**

---

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective undersigned attorneys, that the claims of Plaintiff against Defendants James Frank and Washington County may be and are hereby dismissed on their merits with prejudice but without costs, disbursements or attorneys' fees to any of the parties hereto.

GARTNER, BENNETT & SCHUPP, PC

By: _[signature]_
Robert Bennett
Eric Hageman
Suite 2200, One Financial Plaza
120 South Sixth Street
Minneapolis, MN 55402-1824
(612) 333-3839

ATTORNEY FOR PLAINTIFF

Date: May 16, 2001

ERSTAD & RIEMER, P.A.

By: _[signature]_
James Andreen
1000 Northland Plaza
3800 West 80th Street
Minneapolis, MN 55431
(952) 896-3700

ATTORNEY FOR DEFENDANT ANTHONY DiIOIA

Date: 5/18/01

RATWIK, ROSZAK & MALONEY, P.A.

By: _Scott T. Anderson_
Scott T. Anderson
300 Peavey Building
730 Second Avenue South
Minneapolis, MN 55402
(612) 339-0060

ATTORNEYS FOR DEFENDANTS JAMES FRANK AND WASHINGTON COUNTY

Date: May 15, 2001.

FILED 5-21-01
FRANCIS E. DOSAL, CLERK
Judgment Ent'd 5-21-01
Deputy Clerk's Initials ____

## ORDER FOR JUDGMENT OF DISMISSAL

Pursuant to the Stipulation of Dismissal between the parties as completed above,

IT IS HEREBY ORDERED, that judgment shall be entered dismissing the complaint of Plaintiff against Defendants James Frank and Washington County on its merits with prejudice and without costs, disbursements or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: 5/21/01

By: ______________________
The Honorable David S. Doty
Judge of United States District Court

RRM: 20500/STA/cmp