UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jon Alvin,

Plaintiff,

v.

Anthony DiIoia, in his individual capacity; James Frank, in both his individual and official capacities; and Washington County,

Defendants.

Court File No. 00-1510 (DSD/JMM)

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER FOR JUDGMENT OF DISMISSAL**

---

The above-entitled action having been fully compromised and settled,

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective undersigned attorneys, that the same may be and is hereby dismissed on its merits with prejudice but without costs, disbursements or attorneys' fees to any of the parties hereto.

GARTNER, BENNETT & SCHUPP, PC

By: [signature]
Robert Bennett
Eric Hageman
Suite 2200, One Financial Plaza
120 South Sixth Street
Minneapolis, MN 55402-1824
(612) 333-3839

ATTORNEY FOR PLAINTIFF

Date: May 23, 2001

ERSTAD & RIEMER, P.A.

By: [signature]
James Andreen
1000 Northland Plaza
3800 West 80th Street
Minneapolis, MN 55431
(952) 896-3700

ATTORNEY FOR DEFENDANT ANTHONY DiIOIA

Date: 5/31/01

FILED 6-4-01
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. 6-4-01
Deputy Clerk's Initials ______

**ORDER FOR JUDGMENT OF DISMISSAL**

Pursuant to the Stipulation of Dismissal between the parties as completed above,

IT IS HEREBY ORDERED, that judgment shall be entered dismissing the complaint on its merits with prejudice and without costs, disbursements or attorneys' fees to any of the parties hereto.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

BY THE COURT:

Date: 6/4/01

The Honorable David S. Doty
Judge of United States District Court

RRM: 20517/STA/cmp